# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1571

_____

Marilyn Marie Bables,    *
              *
    Appellant,    *
              * Appeal from the United States
  v.           * District Court for the
              * Western District of Missouri.
Kansas City Missouri School District, *
              * [UNPUBLISHED]
    Appellee.    *

_____

Submitted: June 12, 2009
Filed: June 19, 2009

_____

Before WOLLMAN, MURPHY, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Marilyn Bables appeals from the district court's[1] adverse grant of summary judgment in her employment-discrimination action against her former employer, the Kansas City, Missouri School District. Having reviewed the record and considered Bables's arguments, we find no basis for reversal. See Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006) (de novo standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.